■ MARY R. PROIA, Respondent, v ROSALIE PROIA, as Personal Representative of CARL T. PROIA, Deceased, Appellant.— Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Patlow, J. (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Declaratory Judgment.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ In the Matter of SHANA J. and Others, Children Alleged to be Neglected.—Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Manz, J. (Appeal from Order of Erie County Family Court, Manz, J.—Permanent Neglect.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.